**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **Daniel Stemple, on behalf of himself and all others similarly situated,** | CASE NO. 1:23-cv-2043 |
| **Plaintiff,** | JUDGE CHARLES ESQUE FLEMING |
| v. | |
| **Capital Growth Group, LLC** | **CAPITAL GROWTH GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| **Defendant.** | |

In accordance with Federal Rule of Civil Procedure 7.1(a)(1), Defendant Capital Growth Group, LLC states that no publicly held company owns 10% or more of the membership interest in Capital Growth or has a substantial financial interest in the outcome of this case by reason of insurance, a franchise agreement, or indemnity agreement.

Dated: December 14, 2023

Respectfully submitted,

/s/ *Michael J. Zbiegien Jr.*
Michael J. Zbiegien Jr. (0078352)
mzbiegien@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Telephone: 216.241.2838
Fax: 216.241.3707

Attorney for Defendant
Capital Growth Group, LLC

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2023, the foregoing was filed electronically through the Court's ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                 /s/ *Michael J. Zbiegien Jr.*
                                 Michael J. Zbiegien Jr. (0078352)

130309310