UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Daniel Stemple, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>Capital Growth Group, LLC,<br><br>        Defendant. | CASE NO. 1:23-cv-02043<br><br>**NOTICE OF SETTLEMENT** |

Daniel Stemple and Capital Growth Group, LLC hereby notify the Court that they have reached an agreement in principle to resolve this action. The parties respectfully request that the Court vacate all pending deadlines and provide the parties with 30 days to finalize the settlement and file a notice or stipulation of dismissal.

Date: January 17, 2024

/s/ Alex D. Kruzyk

Alex D. Kruzyk* (*pro hac vice*)
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com

*Counsel for Plaintiff*

1