## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Daniel Stemple, on behalf of himself and all others similarly situated,

Plaintiff,

v.

Capital Growth Group, LLC,

Defendant.

CASE NO. 1:23-cv-02043

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniel Stemple hereby dismisses this action with prejudice, with each party to bear their own costs, expenses, and attorneys' fees. Plaintiff respectfully requests that this case be terminated and closed.

Date: February 6, 2024

*/s/ Alex D. Kruzyk*
Alex D. Kruzyk* (*pro hac vice*)
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: February 6, 2024

*Counsel for Plaintiff*

1